AO 93C (Rev. 8/18) Warrant by Telephone of Other Reliable Electronic Means        ☐ Original   ☐ Duplicate Original

# UNITED STATES DISTRICT COURT
for the
Central District of California

| | |
|---|---|
| In the Matter of the Search of:<br><br>Ten United States Postal Service Priority Mail and Three United States Postal Service Express parcels in the custody of the United States Postal Inspection Service in City of Industry, California, as further described in Attachment A | Case No. 2:24-mj-05462 |

## WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

To:     Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the Central District of California:

*See Attachment A*

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal:

*See Attachment B*

Such affidavit(s) or testimony are incorporated herein by reference:

**YOU ARE COMMANDED** to execute this warrant on or before <u>14 days from the date of its issuance</u>

☒ in the daytime 6:00 a.m. to 10:00 p.m.   ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to <u>the U.S. Magistrate Judge on duty at the time of the return through a filing with the Clerk's Office.</u>

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*

☐ for ___ days *(not to exceed 30)*   ☐ until, the facts justifying, the later specific date of _____.

Date and time issued:   9/9/24   12:56 P.M.                     *[signature]*
                                                                                                    *Judge's signature*

City and state:   Los Angeles, CA                          HON. CHARLES F. EICK, MAGISTRATE JUDGE
                                                                                   *Printed name and title*

AUSA: Jason Gorn (x7962)

AO 93C (Rev. 8/18) Warrant by Telephone of Other Reliable Electronic Means (Page 2)

## Return

| Case No.: 2:24-mj-05462 | Date and time warrant executed: 9/10/24 / 11:30 AM | Copy of warrant and inventory left with: USPS |
|---|---|---|

Inventory made in the presence of:
USPIS Gabriel Rodriguez

Inventory of the property taken and name of any person(s) seized:

EI 701 829 190 US
Approx. 3,999 grams of Methamphetamine
Parcel wrappings

9505 5163 3324 4243 9231 13
Nothing seized

9505 5148 8631 4248 7990 44
Approx. 7,063 grams of Cocaine
Parcel wrappings

9505 5148 9697 4248 9248 38
Approx. 7,058 grams of Cocaine
Parcel wrappings

EI 480 028 638 US
Approx. 1,105 grams of suspected Marijuana
Parcel wrappings

9505 5128 5961 4243 6530 30
Nothing seized

9505 5130 1217 4248 8615 49
Approx. 6,499 grams of suspected Marijuana
Parcel wrappings

9505 5145 0192 4248 6960 56
Nothing seized

9505 5144 9402 4248 8723 11
Nothing seized

9505 5141 0250 4248 5973 98
Approx. 1,072 grams of suspected Marijuana
Parcel wrappings

9505 5141 0250 4248 5973 74
Approx. 677 grams of suspected Marijuana
Parcel wrappings

9505 5130 1244 4248 0766 19
Nothing seized

EJ 115 518 580 US
Nothing seized

## Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 9/12/2024

*Z. Sumpter*
*Executing officer's signature*

Zachary Sumpter, USPIS TFO
*Printed name and title*